IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0269

IN THE MATTER OF

C.R.G. and E.J.G.,

Youths in Need of Care.

**ORDER GRANTING MOTION TO CONSOLIDATE**

Upon consideration of Appellant Mother K.E.T.'s, Motion to Consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 21-0269 and 21-0270 are hereby consolidated under Cause No. DA 21-0269 and henceforth captioned In the Matter of C.R.G. and E.J.G.

Electronically signed by:
ORDER Mike McGrath
Chief Justice, Montana Supreme Court
July 19 2021